# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

NICHOLAS ROGERS                                                                           PETITIONER

V.                              NO. 5:14cv00379-JM-JTR

JOHN KEARNEY, Pine Bluff
District Court Judge; KYLE HUNTER,
Prosecuting Attorney, State of Arkansas;
BERLIN C. JONES, Jefferson County
Circuit Judge; and GREG BOLIN,
Administrator, W.C. "Dub" Brassell
Detention Center                                                                          RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this Petition for a Writ of Habeas Corpus, *Doc. 1*, is DISMISSED without prejudice. IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 22nd day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE